Robert G. Nath, Robert G. Nath, PLLC, of McLean, Virginia, argued for plaintiff-appellant.

Teresa T. Milton, Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Nathan J. Hochman, Assistant Attorney General; and Thomas J. Clark, Attorney.

MAYER, Circuit Judge, PLAGER, Senior Circuit Judge and DYK, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

of Washington, DC, argued for respondent. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Todd M. Hughes, Deputy Director. Of counsel was Molly Frazer, United States Customs and Border Protection, of Tucson, Arizona.

MAYER, RADER and BRYSON, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

### Jason WOOD, Petitioner,

v.

### DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 2007–3286.

United States Court of Appeals, Federal Circuit.

June 5, 2008.

Michael P. Baranic, Gattey Baranic LLP, of San Diego, California, argued for petitioner.

Meredyth D. Cohen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice,

### Constance R. SPEED, Petitioner,

v.

### MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

### United States Postal Service, Intervenor.

No. 2007–3257.

United States Court of Appeals, Federal Circuit.

June 6, 2008.

Kenneth M. Plaisance, of New Orleans, Louisiana, argued for petitioner.

Calvin M. Morrow, Attorney, Office of the General Counsel, Merit Systems Pro-